IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL UPTON KERSHAW,** | CIV S-06-1430 FCD GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **MIKE EVANS, Warden, et al.,** | |
| Respondents. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before October 10, 2006.

Dated: September 13, 2006        /s/ Gregory G. Hollows
                                 The Honorable Gregory G. Hollows

kers1430.po

[Proposed] Order

1