IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL UPTON KERSHAW,

    Petitioner,                    No. CIV S-06-1430 FCD GGH P

    vs.

MIKE EVANS, Warden, et al.,

    Respondents.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 16, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Although the time for filing objections has not expired, respondent has expressly elected not to file objections (docket entry # 19), instead seeking to be allowed 90 days to file an answer.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed August 16, 2007, are adopted in full; and

2. Respondent's October 6, 2006, motion to dismiss the petition as barred by the AEDPA one-year statute of limitations is denied;

3. Respondent is directed to file an answer within 90 days of the filed date of this order; and petitioner's traverse is due 30 days thereafter.

DATED: August 23, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE