1

2

3    RECTOR & TOSNEY, LLP

     C. Roman Rector, SBN: 212244
4
     Chad M. Johnson, SBN: 232417
5
     25 Cadillac Drive, Ste 200
6
     Sacramento, CA 95825
7
     Tel:  (916) 979-6100
8
     Fax: (916) 979-6120
9
     Attorneys for Petitioner
10

11
                    IN THE UNITED STATES DISTRICT COURT
12
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
13

14

15

16    **MICHAEL UPTON KERSHAW,**          CIV S-06-1430 FCD GGH P

17                             Petitioner,

18            v.                          **ORDER**

19    **MIKE EVANS, Warden, et al.,**

20                            Respondents.

21

22

23
      GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT  Petitioner's Traverse is to be filed
24

25
      on or before January 21, 2008.
26

27
      Dated: 1/7/08                       /s/ Gregory G. Hollows
28
                                          U.S. Magistrate Judge

      kers1430.po2

      1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28