IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL UPTON KERSHAW,** | CIV S-06-1430 FCD GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **MIKE EVANS, Warden, et al.,** | |
| Respondents. | |

Respondent moved to file Lodged Document 9 under seal because it is a confidential document. Good cause appearing, Lodged Document 9 (Investigator's memos) is hereby sealed.

Dated: 01/09/08

/s/ Gregory G. Hollows
U.S. Magistrate Judge

kers1430.po

[Proposed] Order

1