IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL UPTON KERSHAW,

   Petitioner,      No. CIV S-06-1430 FCD GGH P

 vs.

MIKE EVANS, Warden, et al.,

   Respondents.     ORDER

           /

  Petitioner is proceeding with retained counsel pursuant to 28 U.S.C. § 2254; nevertheless, petitioner has inappropriately filed documents pro se. See Docket Entry # 21 and # 31. These filings will be disregarded.

  Petitioner is not proceeding pro se and must therefore communicate to the court only by way of his counsel *unless and until* an appropriate notice of substitution of counsel has been filed, and the court has approved any such substitution. Absent that, future pro se filings of petitioner will be disregarded. In addition to electronically serving counsel for both parties, the Clerk in this instance is directed to serve this order by U.S. Mail upon petitioner pro se, as follows: Michael Upton Shaw, CDC # K-53926/ Sierra Conservation Center - 4T-238/ 5150 O'Byrnes Ferry Road/ Jamestown, CA 95327.

  IT IS SO ORDERED.

DATED: 06/05/08      /s/ Gregory G. Hollows

             UNITED STATES MAGISTRATE JUDGE

GGH:009 /kers1430.ord